**STATE v. PINKERTON**

[365 N.C. 6 (2011)]

AFFIRMED.STATE OF NORTH CAROLINA v. GERALD T. PINKERTON

No. 321A10

(Filed 4 February 2011)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, —— N.C. App. ——, 697 S.E.2d 1 (2010), finding error in judgments entered on 22 August 2008 by Judge James F. Ammons, Jr. in Superior Court, Johnston County, and remanding for a new sentencing hearing. Heard in the Supreme Court 11 January 2011.

*Roy Cooper, Attorney General, by Charles E. Reece, Assistant Attorney General, for the State-appellant.*

*Staples S. Hughes, Appellate Defender, by David W. Andrews, Assistant Appellate Defender, for defendant-appellee.*

PER CURIAM.

The decision of the Court of Appeals is reversed for the reasons stated in the dissenting opinion.

REVERSED.